# EXHIBIT A



October 30, 2020

*By First Class Mail &*
*Certified Mail / Return Receipt Requested*

Dawn Vagnini
█████████████████
█████████████████

*Re: Offer of Reinstatement*

Dear Ms. Vagnini,

We are writing to offer you reinstatement to your former position of Supervisor for our yard operations, located at the Ford Michigan Assembly Plant ("MAP"). This offer of reinstatement is unconditional, under the same terms and conditions applicable to your prior employment as of September 30, 2020, the effective date of your resignation.

If you accept this offer, you will be entitled to the same job title, responsibilities, reporting relationship, compensation, and other benefits as you received before you resigned from Precision Vehicle Logistics ("Precision").

That is, you will return to your former position at MAP at the same annual salary you would be earning had you not resigned your employment and on the same shift. This includes any pay increases which may occur since September 30, 2020, and which you would have been granted if your employment had continued uninterrupted. Your eligibility for an annual discretionary bonus based on company results and individual performance, as explained in your April 8, 2019 offer of employment, continues as well. You will also be eligible for the same fringe benefits available to you when you resigned, subject to all terms and conditions of the benefit plans.

A second shift will be available at MAP in the next two months. Assignment to the second shift is available to you as an option if you return to work at Precision. The choice is yours.

Precision also is giving you the option to return to work at its DriveAway Operation as a Supervisor, which is now located at 31875 Smith Road in Romulus, Michigan. This is where you were assigned on September 17, 2020, your last day worked at Precision. The location of the DriveAway Operation does vary within the metro Detroit area based on customer need, and assignment to variable locations within the metro Detroit area including Dearborn is likely.

D. Vagnini
Offer of Reinstatement
October 30, 2020
2 | P a g e

Reinstatement to the DriveAway Operation is unconditional as well, and you will be entitled to the same reporting relationship, compensation, and other benefits you received before you resigned from Precision. If you want additional information about this option before making your decision, you may contact me.
The period between the date of your resignation and the date of your reinstatement will be counted toward your length of service.

Again, this offer of reinstatement is unconditional. If you decide to return to work at Precision, you are not required to agree to release any claims, charges, lawsuits or proceedings you have brought, or may bring, against Precision. You are free to continue to pursue your claims, charges, lawsuits or other proceedings. That is your right, which Precision respects.

You can be assured you will not be subject to any retaliation, discrimination, or harassment if you return to work at Precision. Precision prohibits such conduct and will not tolerate it. If you decide to return to work and feel you are being subjected to retaliation, discrimination or harassment, you can come to me directly, or any other managerial employee of Precision, including Bret Griffin, President, and Darrin McElroy "Mac," Business Development, with whom you feel comfortable to report the conduct.

If you wish to accept this offer of reinstatement, please sign below and return your acceptance to me by November 30, 2020. This offer will remain open for you to accept until November 30, 2020, at which time it will expire by its terms.

Dawn, you are a valued employee and we look forward to your return.

Sincerely,

Precision Vehicle Logistics

Mark Kora
People Services


Dawn Vagnini

Signed _____

Date _____