# EXHIBIT B

# Sallan, Vincent C.

| | |
|---|---|
| **From:** | Dawn Vagnini |
| **Sent:** | Wednesday, November 25, 2020 5:20 PM |
| **To:** | Mark Kora |
| **Subject:** | Re: [External]Need more info |

Mark,
I apologize for my delay. I'm still debating on which job if any I want to return to. I don't think it will be necessary for you and Matt to explain to me the details of drive away. I figured out what that job requires.
Thank you for your time and I will let you know by the 30th.
Have a Happy Thanksgiving and stay safe!

Dawn Vagnini

On Wed, Nov 25, 2020 at 5:15 PM Mark Kora <mkora@precisionvl.com> wrote:

> Dawn,
>
> I did not hear back from you since sending the email below on 11/23/2020.  Matt and I remain available to discuss the Drive Away option.
>
> Is there a date and time that works best for you to talk with us?
>
>
> **Regards,**
>
>
> **Mark Kora | People Services | M** | www.precisionvehiclelogistics.com
>
> 
>
> The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

**From:** Mark Kora
**Sent:** Monday, November 23, 2020 4:52 PM
**To:** Dawn Vagnini <​​​​​​​​​​​​​​​​>
**Subject:** RE: [External]Need more info

Dawn,

Thank you for your email.  We would be pleased to have a conversation with you about the Drive Away option.  Because Drive Away is

such a fluid operation it would be best to discuss the job responsibilities and requirements on a phone call with Matt Alber and myself.

Since this is a short week due to the holiday do you happen to have availability tomorrow?  Please let us know and, if so, include what phone number we should call.

We look forward to the conversation.  Thank you.

**Regards,**

**Mark Kora | People Services | M | www.precisionvehiclelogistics.com**



The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

**From:** Dawn Vagnini <​‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌m>
**Sent:** Friday, November 20, 2020 4:52 PM
**To:** Mark Kora <mkora@precisionvl.com>
**Subject:** [External]Need more info

**[Attention: This is an External E-Mail]**

Mark,

In the unconditional job offer you sent me, you expressed you could send me additional information on the Drive Away option to help when considering my options.

Could you please send me that information?

I'm not clear on all the job responsibilities and everything it requires of me if I was to choose it.

Thank you,

Dawn Vagnini