# EXHIBIT C



May 10, 2021

*via FedEx Overnight Delivery*

Dawn Vagnini

*Re: Offer of Reinstatement*

Dear Ms. Vagnini,

We are writing once again to offer to reinstate you to your employment with Precision Vehicle Logistics, LLC ("Precision"). Precision now has an account at the Ford Dearborn Truck Plant, located at 3001 Miller Road, Dearborn Michigan, and is offering you a position of Supervisor of Yard Operations at the Plant. This offer of reinstatement is unconditional.

If you accept this offer, you will be entitled to the same job title and responsibilities as in your former position of Supervisor for Precision's Yard Operations at the Ford Michigan Assembly Plant. Your compensation will increase to $50,000 annually, and you will report to Precision's Terminal Manager at the Plant.

Your start date will be on or around June 6, 2021, which is the current launch date at the Plant. You will be assigned to the afternoon shift (or B Crew). Currently, this is the only available shift at the Plant. The schedule for the afternoon shift is: Tuesday through Friday, 6:00 pm to 4:30 am.

You will be eligible for the same fringe benefits available to you when you resigned, subject to all terms and conditions of the benefit plans. Your eligibility for an annual discretionary bonus based on company results and individual performance, as explained in your April 8, 2019 offer of employment, continues as well. For the 2021 calendar year, any discretionary bonus will be prorated on account of your start date.

The period between the date of your resignation and the date of your reinstatement will be counted toward your length of service.

If you want any additional information about this offer before making your decision, you may contact me.

Again, this offer of reinstatement is unconditional. If you decide to return to work at Precision, you are not required to agree to release any claims, charges, lawsuits or proceedings you have brought, or may bring, against Precision. You are free to continue to pursue your claims, charges, lawsuits or other proceedings. That is your right, which Precision respects.

D. Vagnini
Offer of Reinstatement
May 10, 2021
Page 2

You can be assured you will not be subject to any retaliation, discrimination, or harassment if you return to work at Precision. Precision prohibits such conduct and will not tolerate it. If you decide to return to work and feel you are being subjected to retaliation, discrimination or harassment, you can come to me directly, or any other managerial employee of Precision, including Bret Griffin, President, and Darrin McElroy "Mac," Business Development, with whom you feel comfortable to report the conduct.

If you wish to accept this offer, please sign below and return your acceptance to me by May 21, 2021. This offer will remain open for you to accept until May 21, 2021, at which time it will expire by its terms.

Dawn, as expressed when we first offered you reinstatement last October, you are a valued employee and we look forward to your return.

Sincerely,

Precision Vehicle Logistics

Mark Kora
People Services


Dawn Vagnini

Signed:_____

Date:_____

J0882\416265\262913638