# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| DAWN VAGNINI, | ) |
| Plaintiff, | ) Case No. 2:21-cv-10606 |
| v. | ) Hon. Sean F. Cox |
| | ) Mag. Judge Curtis Ivy, Jr. |
| PRECISION VEHICLE LOGISTICS, LLC, | ) |
| Defendant. | ) |

| | |
|---|---|
| Noah S. Hurwitz (P74063) | Connie M. Cessante (P40935) |
| Grant M. Vlahopoulos (P85633) | Vincent C. Sallan (P79888) |
| HURWITZ LAW PLLC | CLARK HILL PLC |
| 1514 Creal Crescent | 500 Woodward Avenue, Suite 3500 |
| Ann Arbor, MI  48103 | Detroit, MI  48226 |
| (844) 487-9489 | (313) 965-8300 |
| noah@hurwitzlaw.com | ccessante@clarkhill.com |
| grant@hurwitzlaw.com | vsallan@clarkhill.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

## STIPULATED ORDER JOINING ALL CLAIMS
## AND DISMISSING COMPLAINT WITH PREJUDICE

This matter having come before the Court, pursuant to the stipulated agreement of the parties, as represented by their undersigned counsel, that Plaintiff has joined all claims that she has had at any time up to and including the date of entry of this Order against Defendant and agrees to dismiss her Complaint with prejudice, and the Court being duly advised in the premises;

J0882\416265\267717910

**NOW THEREFORE:**

**IT IS ORDERED** that Plaintiff has joined all claims that she has had at any time up to and including the date of entry of this Order against Defendant.

**IT IS FURTHER ORDERED** that the Complaint and all causes of action contained within it are dismissed with prejudice.

**IT IS FURTHER ORDERED** that neither Plaintiff nor Defendant shall recover their costs or attorney fees from the other party relative to this claim.

Dated: July 27, 2022                                 s/Sean F. Cox
                                                             Sean F. Cox
                                                             U. S. District Judge

Stipulated and agreed:

| /s/ Noah S. Hurwitz (w/consent) | /s/ Vincent C. Sallan |
|---|---|
| Noah S. Hurwitz (P74063) | Connie M. Cessante (P40935) |
| Grant M. Vlahopoulos (P85633) | Vincent C. Sallan (P79888) |
| HURWITZ LAW PLLC | CLARK HILL PLC |
| 1514 Creal Crescent | 500 Woodward Avenue, Suite 3500 |
| Ann Arbor, MI 48103 | Detroit, MI 48226 |
| (844) 487-9489 | (313) 965-8300 |
| noah@hurwitzlaw.com | ccessante@clarkhill.com |
| grant@hurwitzlaw.com | vsallan@clarkhill.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |